In the matter of the UNITED HATTERS OF NORTH AMERICA et al., charged with contempt.

[Argued October 22d, 1931.    Decided February 1st, 1932.]

44

*Mr. Bernard Mindes,* for the appellant.

*Messrs. Kraemer, Siegler & Siegler,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinions filed by Vice-Chancellor Bigelow.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 15.

*For reversal*—None.